ACCEPTED
05-14-01411-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/22/2015 12:45:41 AM
LISA MATZ
CLERK

## NO. <u>15-14-01411-CR</u>

| | | |
|---|---|---|
| **ANTHONY PHIFER** | § | **IN THE COURT OF APPEALS** |
| **V.** | § | **FOR THE FIFTH DISTRICT** |
| **THE STATE OF TEXAS** | § | **DALLAS, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/22/2015 12:45:41 AM
LISA MATZ
Clerk

## <u>MOTION TO EXTEND TIME FOR FILING THE APPELLANT'S BRIEF</u>

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW** the Appellant in the above-styled and numbered cause and respectfully moves the Court to extend time for filing the Appellant's brief in this cause and in support thereof would show to the Court the following:

1. This case is pending from the 292nd Judicial District Court of Dallas County, Texas. The style and number of the case in the trial court is: The State of Texas v. Anthony Phifer, Cause No. F14-75027. The Appellant was convicted of the misdemeanor offense of Attempted Unlawful Restraint of A Child Under 17 and was assessed a 300 day county jail sentence.

2. Judgment and sentence were entered on October 22, 2014.

3. The deadline for filing the Appellant's brief in this case was April 29, 2015. The case has not been set for submission.

4. An extension of time for a period of forty two (42) days is requested that would make the due date June 10, 2015.

5. One extension of time has been requested for the filing of Appellant's brief. Appellant's one extension of time to file his brief was granted.

6. Reason for Appellant's request for this extension of time to file his brief is as follows:

Counsel for Appellant was preparing and conducting trial in the following cases:

*The State of Texas v. Paris Michael*, Cause Nos. F14-70721, F14-70722, F14-70663, In the 265th Judicial District Court, Dallas County, Texas.

Counsel for Appellant had the following federal cases which possessed numerous voluminous files of discovery which had to be reviewed and explained to each client. In addition, the clients met with federal agents for a de-briefing:

USA v. James Singleton 4:13CR248

USA v. Benny Doe 4:14CR136

USA v. Jeron Gibson 4:14CR46

In addition, Counsel for Appellant moved offices, which required his exclusive coordination in coordinating the move.

**WHEREFORE PREMISES CONSIDERED**, the Appellant respectfully requests that this Honorable Court extend the time for filing the Appellant's brief in this cause until June 10, 2015.

Respectfully submitted,

___/s/ Danny Oliphant_____

J. DANIEL OLIPHANT
3021 Ridge Road, Ste A #275
Rockwall, Texas 75126
(469)879-8531 Telephone
(972)552-9374 Fax
jdoliphantjr@gmail.com

**ATTORNEY FOR APPELLANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was served upon the attorney of record on June 23, 2015.


___/s/ Danny Oliphant_____

DANNY OLIPHANT